# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BILLINGER,<br><br>        Plaintiff,<br><br>  vs.<br><br>YATES,<br><br>        Defendant. | 1:14-cv-02031-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 22, 2014. The matter was transferred to this Court on December 22, 2014. Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **January 5, 2015**      /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE