1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALBERT BILLINGER, | ) | Case No.: 1:14-cv-02031-BAM (PC) |
| Plaintiff, | )<br>)<br>) | ORDER DISREGARDING PLAINTIFF'S MOTION FOR SETTLEMENT |
| v. | )<br>) | (ECF No. 26) |
| YATES, | )<br>) | |
| Defendant. | )<br>) | |
| _____ | ) | |

  Plaintiff Albert Billinger ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 30, 2015, Plaintiff filed a letter with the Court regarding his proposed settlement of this action.  (ECF No. 26.)  The Court construes the letter as a motion seeking settlement.  However, any request for settlement or a settlement conference in this action is premature.  Currently, there is no operative complaint on file, no defendants have been served and no defendants have appeared in this action.  Accordingly, Plaintiff's motion for settlement is HEREBY DISREGARDED.

IT IS SO ORDERED.

  Dated:   **April 13, 2015**       _/s/ Barbara A. McAuliffe_

                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28