**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT BILLINGER<br><br>             Plaintiff,<br><br>        v.<br><br>YATES,<br><br>             Defendant. | Case No.: 1:14-cv-02031-BAM (PC)<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

Plaintiff Albert Billinger ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C § 1983. The court finds that the appointment of counsel is warranted for the limited purpose of drafting an amended complaint. Rebecca A. Weinstein-Hamilton has been selected from the court's pro bono attorney panel to represent plaintiff and she has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Rebecca A. Weinstein-Hamilton is appointed as counsel in the above entitled matter for the limited purpose of investigating the claim, then drafting and filing an amended complaint. The amended complaint will be due 90 days from the date of this order.
2. Rebecca A. Weinstein-Hamilton's appointment will terminate when plaintiff's amended complaint is filed, or files a notice that an amended complaint would not be appropriate. Prior to the termination of the appointment, the court will accord counsel the option of

1

discontinuing her representation of plaintiff or, at her discretion, proceeding as plaintiff's appointed counsel for purposes of discovery, settlement and/or trial. If counsel does not wish to continue representation of plaintiff after she has carried out her limited purpose, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Rebecca A. Weinstein-Hamilton, Law Office of Rebecca Weinstein-Hamilton, 3276 Amethyst Dr., Cameron Park, California 95682.

IT IS SO ORDERED.

Dated:   **April 20, 2015**              /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

2